Opinion issued March 27, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00225-CV

____________


IN RE IVO NABELEK, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator has filed a petition for writ of mandamus complaining of Harris County
District Clerk Charles Bacarisse's (1) alleged refusal to process relator's July 23, 2002
notice of appeal. This Court has jurisdiction over this mandamus proceeding in order
to enforce the Court's jurisdiction. See Tex. Gov't Code Ann. § 22.221(a) (Vernon
Supp. 2003).

 On March 18, 2003, the Clerk of this Court filed relator's July 23, 2002 notice
of appeal and assigned it to appellate cause number 01-03-00253-CV. Accordingly,
we dismiss the petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.
1. The underlying lawsuit is Nabelek v. Johnson, No. 2001-42336 (334th
Dist. Ct., Harris County, Tex., July 5, 2002).